|  |  |
|---|---|
|  | The Honorable Ricardo S. Martinez<br>The Honorable Brian A. Tsuchida |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF WASHINGTON; WASHINGTON DEPARTMENT OF CORRECTIONS; WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; ELIZABETH HAINLINE,<br><br>　　　　　　Defendants. | NO. 2:19-cv-01633-RSM-BAT<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES<br><br>**(Clerk's Action Required)** |

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF
DISMISSAL AS TO DEFENDANT DSHS –
NO.2:19-CV-01633-RSM-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Matthew Wright, acting by and through Darryl Parker, and the Defendant Washington State Department of Social and Health Services, acting by and through Robert W. Ferguson, Attorney General, Gauri Locker and Bryan Williams, Assistant Attorneys General, that the above-entitled action as to Defendant Washington State Department of Social and Health Services may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

DATED this 15th day of June, 2020.

ROBERT W. FERGUSON
Attorney General

*/s Bryan Russell Williams*
BRYAN RUSSELL WILLIAMS, WSBA#47178
GAURI SHROTRIYA LOCKER, WSBA #39022
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-7744
Fax: (206) 587-4229
Email: Bryan.Russell@atg.wa.gov
*Attorneys for Defendant*

CIVIL RIGHTS JUSTICE CENTER

Darryl Parker, WSBA #30770
2150 North 107th Street, Suite 520
Seattle, WA 98133
206-557-7719
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT DSHS – NO.2:19-CV-01633-RSM-BAT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendant Washington State Department of Social and Health Services shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 15th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s Bryan Russell William*
Bryan Russell Williams, WSBA#47178
Gauri Shrotriya Locker, WSBA #39022
Assistant Attorney General
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT DSHS – NO.2:19-CV-01633-RSM-BAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1

2  Approved as to Form and
   Notice of Presentation Waived:

3  CIVIL RIGHTS JUSTICE CENTER

4

5

6  _____
   Darryl Parker, WSBA #30770
7  Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF
DISMISSAL AS TO DEFENDANT DSHS –
NO.2:19-CV-01633-RSM-BAT

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darryl Parker, WSBA #30770
Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seatle, WA  98133
206-557-7719
dparker@civilrightsjusticecenter.com,              kbasu@civilrightsjusticecenter.com,
jhenderson@civilrightsjusticecenter.com,          pollardr@civilrightsjusticecenter.com,
mgirma@civilrightsjusticecenter.com

Timothy J Feulner
Assistant Attorney General
Corrections Division
Attorney General of Washington
PO Box 40116
Olympia, WA  98504-0116
(360) 586-1445
timf1@atg.wa.gov, corolylaef@ATG.WA.GOV, CORreader@atg.wa.gov

DATED this ____ day of June 2020.

/s Bryan Russell Williams
BRYAN RUSSELL WILLIAMS, WSBA#47178
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-7744
Fax: (206) 587-4229
Email: Bryan.Russell@atg.wa.gov
*Attorney for Defendant*

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT DSHS – NO.2:19-CV-01633-RSM-BAT

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352