UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>                    Plaintiff,<br><br>  v.<br><br>MICHAEL HATHAWAY, et al.,<br><br>                    Defendants. | CASE NO. 2:19-cv-01633-RSM-BAT<br><br>**AMENDED PRETRIAL SCHEDULE ORDER** |

Based on Defendants' unopposed motion to extend deadlines (Dkt. 40) and Defendants' pending motion to dismiss (Dkt. 25 Report and Recommendation), the court amends the dispositive motions deadline from June 19, 2020 until **August 19, 2020**, and mediation deadline from June 26, 2020 until **August 26, 2020**.

DATED this 17th day of June, 2020.

                                                  BRIAN A. TSUCHIDA
                                                  Chief United States Magistrate Judge

AMENDED PRETRIAL SCHEDULE ORDER
- 1