UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | Case No. C19-1633RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. #25. Judge Tsuchida recommends granting the Rule 12(b)(6) Motion to Dismiss, Dkt. #22, filed by Defendants State of Washington, Washington Department of Corrections ("DOC"), and Elizabeth Hainline. The Court has also reviewed the Objections filed by Plaintiff Matthew Wright, Dkt. #26, and response from Defendants, Dkt. #33. Mr. Wright presents no conclusive legal authority challenging the findings of Judge Tsuchida. The Court has otherwise found no error in the legal analysis and conclusions of the Report and Recommendation justifying dismissal of Mr. Wright's claims against these Defendants.

Given all of the above, the Court finds and ORDERS:

1. The Report and Recommendation, Dkt. #25, is ADOPTED.

ORDER OF DISMISSAL - 1

2. Defendants' Motion to Dismiss, Dkt. #22, is GRANTED.

3. Plaintiff's claims against Defendant Hainline are dismissed with prejudice.

4. Plaintiff's constitutional claims against the State of Washington and Department of Corrections brought pursuant to 42 U.S.C. § 1983 are dismissed with prejudice.

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2